**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6156**

———————

CHAUNCEY A. WILLIAMS,

          Plaintiff - Appellant,

    v.

G. K. WASHINGTON; E. DAY, Food Service Manager, N.C.C.,

          Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, Senior District Judge. (1:12-cv-01129-TSE-TRJ)

———————

Submitted: June 20, 2013         Decided: June 25, 2013

———————

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Chauncey A. Williams, Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey Williams seeks to appeal from the district court's orders: (1) dismissing some claims and some Defendants from his action and directing that the case proceed on Williams' claim against D. Day regarding lack of wholesome food; and (2) denying reconsideration of that order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Williams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.[*] Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the order denying reconsideration states that it is a final order for purposes of appeal, because the district court did not make an express determination that there was "no just reason for delay" pursuant to Fed. R. Civ. P. 54(b), the order is not an appealable order.